# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Sonia Agosto A/K/A Sonia Rodriguez | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| | : | BANKRUPTCY NO.: 17-10805-jkf |
| | : | |

## DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)

Debtor, by her attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represents that:

1.- 7.   Admitted.

8-14.   Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that Movant's motion be denied.

Date: June 25, 2017              Respectfully submitted.

/S/ Erik B. Jensen
Erik B. Jensen, Esq.