## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISCTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | CHAPTER 13 |
| Sonia Agosto | : | BANKRUPTCY NO.: 17-10805-jkf |
| | : | |
| | : | |
| Debtor | : | |
| | : | |

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF COURT:

    Kindly withdraw docket number 57, Debtor's objection to Motion For Relief.

                                  ERIK B. JENSEN, P.C.

                                  BY: /s/Erik B. Jensen
                                  ERIK B. JENSEN, P.C
                                  1528 Walnut Street, Ste 1401
                                  Philadelphia, PA 19102
                                  Telephone: 215-546-4700

Date: July 11, 2017                    Attorney for the Debtor