UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

SONIA AGOSTO AKA SONIA RODRIGUEZ,

Debtor.

Chapter 13

Bankruptcy No. 17-10805-JKF

\* \* \* \* \* \* \*

### CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, he received no answer, objection or other responsive pleading to the Motion filed on June 7, 2017. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than June 22, 2017.

It is respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: July 11, 2017

TD BANK, N.A.

By Its Counsel

_____
Martin A Mooney, Esq.
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP
950 New Loudon Road
Suite 109
Latham, New York 12110
Tel (518) 786-9069
E-Mail: MMooney@schillerknapp.com

17-05556