UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

SONIA AGOSTO AKA SONIA RODRIGUEZ,

      Debtor.

Chapter 13

Bankruptcy No. 17-10805-JKF

\*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. §362 (d)(1)**

TD Bank, N.A, having moved for an Order, pursuant to 11 U.S.C. §362(d)(1), authorizing relief from automatic stay, herein,

UPON the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. §362(d)(1), dated June 7, 2017, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, ~~and due deliberation having been had thereon and good and sufficient cause appearing;~~

NOW, on Motion of Movant, by its counsel, Schiller, Knapp, Lefkowitz & Hertzel, LLP, it is hereby

ORDERED, that pursuant to 11 U.S.C. §362(d)(1) that the Motion of creditor, TD Bank, N.A. for Relief from Automatic Stay is granted; and it is further

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor is terminated ~~in that it shall not apply to any action by creditor, TD Bank, N.A.; to obtain possession and~~ with regard to ~~dispose of its property in accordance with applicable law; namely, real property commonly known~~ as 3836 N Reese Street, Philadelphia, PA 19140; and it is further

~~ORDERED, that TD Bank, N.A. shall provide notice of any surplus to the Trustee promptly after the property is disposed of.~~

DATED:     Philadelphia, Pennsylvania
                   __July 17,_____, 2017

                                                _____
                                                Hon. Jean K. FitzSimon
                                                United States Bankruptcy Judge
                                                Eastern District of Pennsylvania