United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-10805-jkf
Sonia Agosto                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi            Page 1 of 2              Date Rcvd: Jul 19, 2017
                              Form ID: pdf900        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.
```
db           +Sonia Agosto,    3834 N. Reese St.,    Philadelphia, PA 19140-3319
cr           +TD Bank, N.A.,    c/o Schiller, Knapp, Lefkowitz & Hertzel,     950 New Loudon Rd., Suite 109,
               Latham, NY 12110-2100
13862085     +Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
13862086     +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
13862087     +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13862089     +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
13875465     +PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
13883230     +Philadelphia Gas Works,    800 W Montgomery Avenue,     Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
13862091    #+Stellar Recovery Inc,    1327 Hwy 2 W,    Kalispell, MT 59901-3413
13862093     +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,     Horsham, PA 19044-2387
13935829     +Toyota Motor Credit Corp.,    c/o Matteo S. Weiner, Esq.,     KML Law Group P.C.,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541
13891002     +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
13862094      U S Dept Of Ed/gsl/atl,    Po Box 4222,    Iowa City, IA 52244
13945461      US Department of Education,    PO Box 16408,    Saint Paul, MN 55116-0408
13862095     +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Jul 20 2017 01:31:35     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2017 01:31:12
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2017 01:31:32     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2017 01:33:50     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13868354      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 20 2017 01:33:53
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
13862090     +E-mail/PDF: creditonebknotifications@resurgent.com Jul 20 2017 01:33:52     Credit One Bank Na,
               Po Box 98872,    Las Vegas, NV 89193-8872
13914697      E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2017 01:33:52
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13949924      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 20 2017 01:49:29
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13940440     +E-mail/Text: equiles@philapark.org Jul 20 2017 01:31:51     Philadelphia Parking Authority,
               701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13949880     +E-mail/Text: bankruptcy@td.com Jul 20 2017 01:31:26     TD Bank, N.A.,
               c/o Schiller Knapp Lefkowitz & Hertzel L,    70 Gray Road,    Falmouth, ME 04105-2299
13862092     +E-mail/Text: bankruptcy@td.com Jul 20 2017 01:31:26    Td Bank N.a.,    32 Chestnut St,
               Lewiston, ME 04240-7799
13862088      E-mail/Text: creditreconciliation@peoples.com Jul 20 2017 01:31:25     Citizens Bank,
               1000 Lafayette Blvd,    Bridgeport, CT 06604
13914600     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 20 2017 01:33:47     Verizon,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 13
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Jul 19, 2017
                              Form ID: pdf900          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2017 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Sonia  Agosto john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              MARTIN A. MOONEY    on behalf of Creditor   TD Bank, N.A. tshariff@schillerknapp.com,
               ahight@schillerknapp.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

**17-10805-JKF    SONIA AGOSTO**
Debtor(s)

**ORDER**

AND NOW, it is

1.*(X)   ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )   ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( )   ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( )   ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( )   ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED,  and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( )   ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

**Date: July 19, 2017**

Jean K. FitzSimon
United States Bankruptcy Judge

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm