# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| | : |
| Sonia Agosto | : Bankruptcy No. 17-10805-jkf |

## **CERTIFICATION OF NO OBJECTION TO MOTION TO RECONSIDER DISMISSAL OF CASE**

I, Erik B. Jensen, Esq, Counsel for Debtor(s) in the above matter, do hereby certify that no response to the MOTION TO RECONSIDER DISMISSAL OF CASE has been served upon me.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion, a copy of which was attached thereto.

Respectfully submitted,

DATE: August 22, 2017

/s/ Erik B. Jensen, Esq
Jensen Bagnato, P.C.
1500 Walnut Street, Suite 1920
Philadelphia, PA 19102
215-546-4700