*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Sonia Agosto
    Debtor(s)

Case No: 17−10805−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*
Motion for Relief from Stay re: 2010 TOYOTA CAMRY, VIN: 4T1BF3EK4AU098071. Filed by Toyota Motor Credit Corporation Represented by THOMAS I. PULEO

on: 10/19/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/2/17

Timothy B. McGrath
Clerk of Court