**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
**Sonia Agosto** :
: BANKRUPTCY NO. **17-10805 MDC**
Debtor (s)

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 11/7/2019 At 09:30 A.M. before the Hon. Magdeline D. Coleman.

Respectfully submitted,

Date: 10/2/19

/s/William C. Miller
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1299
Philadelphia, PA  19105

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Sonia Agosto | : |
|       Debtor(s) | : BANKRUPTCY NO.  17-10805 mdc |

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the Praecipe to Relist on the following parties at the address(es) listed below by first class mail.

Sonia Agosto
3834 N. Reese St.
Philadelphia, PA 19140
*aka* Sonia Rodriguez

ERIK B. JENSEN
Jensen Bagnato, PC
1500 Walnut St. Suite 1920
Philadelphia, PA 19102

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19106

Date: 10/2/19

/s/ William C. Miller
William C. Miller, Esquire
Chapter 13 Standing Trustee