United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-10805-mdc
Sonia Agosto                                                                              Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi           Page 1 of 2                    Date Rcvd: Oct 03, 2019
                               Form ID: 152          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db              +Sonia Agosto,    3834 N. Reese St.,   Philadelphia, PA 19140-3319
13862086        +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
13862087        +Citizens Bank,    1 Citizens Dr,   Riverside, RI 02915-3000
13862089        +Credit Acceptance,    Po Box 513,   Southfield, MI 48037-0513
13883230        +Philadelphia Gas Works,    800 W Montgomery Avenue,   Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13862093        +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,   Horsham, PA 19044-2387
13935829        +Toyota Motor Credit Corp.,    c/o Matteo S. Weiner, Esq.,   KML Law Group P.C.,
                 701 Market St., Ste. 5000,   Phila., PA 19106-1541
13891002        +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
13862094         U S Dept Of Ed/gsl/atl,    Po Box 4222,   Iowa City, IA 52244
13945461         US Department of Education,    PO Box 16408,   Saint Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Oct 04 2019 03:07:09    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2019 03:06:52
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2019 03:07:05     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13868354         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2019 03:16:36
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
13997192         E-mail/Text: megan.harper@phila.gov Oct 04 2019 03:07:08    City of Philadelphia,
                 Law Department  Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13862085        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2019 03:05:37
                 Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
13862090        +E-mail/PDF: creditonebknotifications@resurgent.com Oct 04 2019 03:06:11     Credit One Bank Na,
                 Po Box 98872,   Las Vegas, NV 89193-8872
13914697         E-mail/Text: resurgentbknotifications@resurgent.com Oct 04 2019 03:06:11
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13949924         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2019 03:06:06
                 Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk VA 23541
13875465        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2019 03:06:05
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13940440        +E-mail/Text: bankruptcy@philapark.org Oct 04 2019 03:07:18     Philadelphia Parking Authority,
                 701 Market Street Suite 5400,   Philadelphia, PA 19106-2895
13949880         E-mail/Text: bankruptcy@td.com Oct 04 2019 03:07:01    TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz & Hertzel L,   70 Gray Road,   Falmouth, ME 04105
13862092         E-mail/Text: bankruptcy@td.com Oct 04 2019 03:07:01    Td Bank N.a.,   32 Chestnut St,
                 Lewiston, ME 04240
13862088         E-mail/Text: creditreconciliation@peoples.com Oct 04 2019 03:07:00    Citizens Bank,
                 1000 Lafayette Blvd,   Bridgeport, CT 06604
13862095        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 04 2019 03:06:41
                 Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13914600        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2019 03:16:36    Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                         TOTAL: 16

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13862091        ##+Stellar Recovery Inc,   1327 Hwy 2 W,   Kalispell, MT 59901-3413
                                                                            TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Randi              Page 2 of 2            Date Rcvd: Oct 03, 2019
                             Form ID: 152             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
          ERIK B. JENSEN    on behalf of Debtor Sonia  Agosto akeem@jensenbagnatolaw.com,
          gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
          MARTIN A. MOONEY    on behalf of Creditor   TD Bank, N.A. kcollins@schillerknapp.com,
          acarmany@schillerknapp.com;bfisher@schillerknapp.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                            TOTAL: 8
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Sonia Agosto

      Debtor(s)

Case No: 17−10805−mdc

Chapter: 13

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Magdeline D. Coleman

, United States Bankruptcy Court 11/7/19 at 09:30 AM , in Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

91
Form 152