United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10805-mdc
Sonia Agosto                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi              Page 1 of 2              Date Rcvd: Dec 12, 2019
                               Form ID: pdf900          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.
```
db         +Sonia Agosto,   3834 N. Reese St.,   Philadelphia, PA 19140-3319
cr         +TD Bank, N.A.,   c/o Schiller, Knapp, Lefkowitz & Hertzel,   950 New Loudon Rd., Suite 109,
             Latham, NY 12110-2190
13862086   +Citi,   Pob 6241,   Sioux Falls, SD 57117-6241
13862087   +Citizens Bank,   1 Citizens Dr,   Riverside, RI 02915-3000
13862089   +Credit Acceptance,   Po Box 513,   Southfield, MI 48037-0513
13883230   +Philadelphia Gas Works,   800 W Montgomery Avenue,   Philadelphia Pa 19122-2898,
             Attn: Bankruptcy Dept 3F
13862093   +Toyota Motor Credit Co,   240 Gibraltar Rd Ste 260,   Horsham, PA 19044-2387
13935829   +Toyota Motor Credit Corp.,   c/o Matteo S. Weiner, Esq.,   KML Law Group P.C.,
             701 Market St., Ste. 5000,   Phila., PA 19106-1541
13891002   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
13862094    U S Dept Of Ed/gsl/atl,   Po Box 4222,   Iowa City, IA 52244
13945461    US Department of Education,   PO Box 16408,   Saint Paul, MN 55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Dec 13 2019 03:33:26     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2019 03:33:04
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 13 2019 03:33:20     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2019 03:38:25     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13868354    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 13 2019 03:38:33
             American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
             Oklahoma City, OK  73124-8848
13997192    E-mail/Text: megan.harper@phila.gov Dec 13 2019 03:33:26     City of Philadelphia,
             Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
13862085   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 13 2019 03:38:25
             Capital One Bank Usa N,   Po Box 30281,   Salt Lake City, UT 84130-0281
13862090   +E-mail/PDF: creditonebknotifications@resurgent.com Dec 13 2019 03:38:31     Credit One Bank Na,
             Po Box 98872,   Las Vegas, NV 89193-8872
13914697    E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2019 03:37:55
             LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13949924    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 03:39:05
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13875465   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 03:49:36
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13940440   +E-mail/Text: bankruptcy@philapark.org Dec 13 2019 03:33:34     Philadelphia Parking Authority,
             701 Market Street Suite 5400,   Philadelphia, PA 19106-2895
13949880    E-mail/Text: bankruptcy@td.com Dec 13 2019 03:33:15     TD Bank, N.A.,
             c/o Schiller Knapp Lefkowitz & Hertzel L,   70 Gray Road,   Falmouth, ME 04105
13862092    E-mail/Text: bankruptcy@td.com Dec 13 2019 03:33:15     Td Bank N.a.,   32 Chestnut St,
             Lewiston, ME 04240
13862088    E-mail/Text: creditreconciliation@peoples.com Dec 13 2019 03:33:14     Citizens Bank,
             1000 Lafayette Blvd,   Bridgeport, CT 06604
13862095   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 13 2019 03:32:19
             Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
13914600   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 13 2019 03:39:09     Verizon,
             by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13862091   ##+Stellar Recovery Inc,   1327 Hwy 2 W,   Kalispell, MT 59901-3413
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2           User: Randi                Page 2 of 2                   Date Rcvd: Dec 12, 2019
                               Form ID: pdf900            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              ERIK B. JENSEN     on behalf of Debtor Sonia  Agosto akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD     on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MARTIN A. MOONEY     on behalf of Creditor    TD Bank, N.A. kcollins@schillerknapp.com,
               acarmany@schillerknapp.com;bfisher@schillerknapp.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO     on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :         Chapter 13
Sonia Agosto                                   :
            Debtor.                            :         Bankruptcy No. 17-10805-mdc

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 12/12/19

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE