IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Sonia Agosto | : | |
| | : | No. 17-10805-mdc |
| Debtor | : | |
| | : | |

### AMENDED CERTIFICATE OF NO OBJECTION TO APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ERIK B. JENSEN, ESQUIRE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that neither an objection to the proposed compensation nor an application for administrative expenses has been filed.

WHEREFORE, the Application filed is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application.

Date:1/29/2020                                                                                      /s/ Erik B. Jensen
                                                                                                              Erik B. Jensen, Esquire
                                                                                                              *Attorney for Debtor*