**UNITED STATES BANKRUPTCY COURT**

**PHILADELPHIA DIVISION**

In Re:

    Sonia Agosto                                   Chapter: 13
                                                          Bky No.: 17-10805-mdc

    Debtor(s).

**ORDER**

**AND NOW,** this _____ day of _____, 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C.**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,000.00 less $1,445.00 already paid with a remaining balance of $1,555.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

**CC:**      **Jensen Bagnato, P.C.**
            **ERIK B. JENSEN, ESQUIRE**
            **1500 Walnut Street**
            **Suite 1920**
            **Philadelphia, PA   19102**

            William C. Miller, Esquire
            Chapter 13 Trustee
            Post Office Box 40119
            Philadelphia, PA 19106