## UNITED STATES BANKRUPTCY COURT

## PHILADELPHIA DIVISION

In Re:

      Sonia Agosto        Chapter: 13
                                     Bky No.: 17-10805-mdc

Debtor(s).

### ORDER

**AND NOW,** this  2nd  day of  March , 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C.**,** counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,000.00 less $1,445.00 already paid with a remaining balance of $1,555.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

*Magdeline D. Coleman*
_____
Hon. Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**

CC:    **Jensen Bagnato, P.C.**
**ERIK B. JENSEN, ESQUIRE**
**1500 Walnut Street**
**Suite 1920**
**Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106