United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                Case No. 17-10805-mdc
Sonia Agosto                                                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Mar 02, 2020
                                Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2020.
db            +Sonia Agosto,    3834 N. Reese St.,    Philadelphia, PA 19140-3319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2020 at the address(es) listed below:
         ERIK B. JENSEN    on behalf of Debtor Sonia  Agosto akeem@jensenbagnatolaw.com,
          camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
         MARTIN A. MOONEY    on behalf of Creditor    TD Bank, N.A. lgadomski@schillerknapp.com,
          kcollins@schillerknapp.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                     TOTAL: 8

UNITED STATES BANKRUPTCY COURT

PHILADELPHIA DIVISION

In Re:

      Sonia Agosto                           Chapter: 13
                                                 Bky No.: 17-10805-mdc

Debtor(s).

## ORDER

AND NOW, this __2nd__ day of __March__, 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $3,000.00 less $1,445.00 already paid with a remaining balance of $1,555.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

*Magdeline D. Coleman*

Hon. Magdeline D. Coleman
**CHIEF U.S. BANKRUPTCY JUDGE**

CC:    Jensen Bagnato, P.C.
           ERIK B. JENSEN, ESQUIRE
           1500 Walnut Street
           Suite 1920
           Philadelphia, PA   19102

           William C. Miller, Esquire
           Chapter 13 Trustee
           Post Office Box 40119
           Philadelphia, PA 19106